

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-22-00484-CV

_____

TAKEEDRA HARDESTY, Appellant

V.

500 ENERGY FW LLC, Appellee

On Appeal from County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2022-006043-1

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

Appellant's brief was due on February 27, 2023. *See* Tex. R. App. P. 38.6(a). When she did not file a brief by that deadline, we warned her that her appeal could be dismissed for want of prosecution unless, within ten days, she filed a brief accompanied by a motion reasonably explaining the brief's untimeliness. *See* Tex. R. App. P. 10.5(b)(1), 38.8(a)(1), 42.3(b). Appellant responded by moving for an extension of time to file her brief, which we granted, establishing a new deadline of April 21, 2023. No brief was filed by that date.

On May 5, 2023, we notified Appellant—again—that she still had not filed a brief. We warned her—again—that we could dismiss her appeal for want of prosecution unless, within ten days, she filed a brief and an accompanying motion reasonably explaining the brief's untimeliness. *See* Tex. R. App. P. 10.5(b)(1), 38.8(a)(1), 42.3(b). More than twenty days have passed since then, and we have not received a response.

Because Appellant has failed to file a brief, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Per Curiam

Delivered: June 8, 2023